UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT V. LEON, | ) | No. CV 07-5091-JVS (AGR) |
|     Petitioner, | ) | |
| | ) | **JUDGMENT** |
|   v. | ) | |
| ROBERT A. HOREL, Warden, | ) | |
|     Respondent. | ) | |

    Pursuant to the order adopting the magistrate judge's report and recommendation,

    IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 1, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE